UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-1045
_____

JAMES R. ADAMS

v.

GOVERNOR OF DELAWARE,
Appellant
_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 17-cv-00181)
Honorable Mary Pat Thynge, U.S. Magistrate Judge

Before:  MCKEE, RESTREPO, and FUENTES, *Circuit Judges*.
_____

ORDER
_____

IT IS NOW ORDERED that the opinion filed on February 5, 2019 in the above captioned case be amended as follows:

On page 11, the text of footnote 16 shall be replaced by the following:

*See* Joel Edan Friedlander, *Is Delaware's 'Other Major Political Party' Really Entitled to Half of Delaware's Judiciary?*, 58 Ariz. L. Rev. 1139, 1154 (2016).

An amended precedential opinion is being filed concurrently with this Order.  The amendment does not substantively change the Opinion, therefore, the filing date of the Opinion will not be modified nor the judgment.

By the Court:

s/ Julio M. Fuentes
Circuit Judge

Dated: February 13, 2019